The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS WALSH, and DEZRA GUTHRIE and FRANK ORTEGA and LESLIE SWEENEY-FAGAN, and JOHN SWEENEY and KATHERINE ORTIZ,<br><br>                Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | No. C14-00424 MJP<br><br>SUPPLEMENTAL DECLARATION OF JASON COON IN SUPPORT OF DEFENDANT MICROSOFT'S MOTION TO DISMISS UNDER RULE 12(b)(1)<br><br>**Noted for Consideration:**<br>**Friday, August 29, 2014** |

I, Jason Coon, declare as follows:

1. ***Identity of Declarant.*** I am over 21 years of age and am competent to give this declaration. I am Senior Enforcement Program Manager at Microsoft Corporation, where I work in the Xbox LIVE Policy and Enforcement team. I have been employed by Microsoft since May 2001, and have held my current position since October 2010. My employment responsibilities include participation in writing and enforcing the Xbox LIVE Terms of Use (the "Xbox LIVE TOUs").

2. ***Xbox LIVE Accounts.*** Xbox LIVE is an online service Microsoft provides for use with Microsoft Xbox consoles. Subscribers to Xbox LIVE can connect their Xbox consoles to the Internet to, among other things, play interactive video games with other Xbox LIVE subscribers.

SUPP. DECL. OF JASON COON IN SUPPORT OF DEF. MICROSOFT'S
MOTION TO DISMISS UNDER RULE 12(b)(1)
(C14- 00424 MJP) – 1
DWT 24436917v4 0025936-002097

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Microsoft maintains a database containing records for those individuals who have subscribed to Xbox LIVE (the "Xbox LIVE User and Offering database").  To open an Xbox LIVE account, a subscriber must provide, among other information, his or her name, email address, telephone number, country, and zip code.  In addition, any subscriber to Xbox LIVE, as part of the account-opening process, must create a "gamertag"—i.e., a unique nickname of up to fifteen characters that is associated with that Xbox LIVE account.

3. ***No Record of Xbox LIVE Accounts for Plaintiffs Leslie Sweeney-Fagan and Katherine Ortiz.***  Microsoft's Xbox LIVE User and Offering database does not reflect that Plaintiffs Leslie Sweeney-Fagan and Katherine Ortiz ever opened any Xbox LIVE account.  Microsoft's records show that no gamertag exists for Ms. Sweeney-Fagan or Ms. Ortiz in connection with any Xbox LIVE account.  Microsoft also searched for but found no Xbox LIVE account records for either of them using the home address, phone numbers, and email addresses that I understand their counsel provided for them.

4. ***No Record of Xbox LIVE Accounts for Plaintiff Frank Ortega.***  Microsoft's Xbox LIVE User and Offering database does not reflect that Plaintiff Frank Ortega ever opened any Xbox LIVE account.  Microsoft's records show that no gamertag exists for Mr. Ortega in connection with any Xbox LIVE account.  Microsoft also searched for but found no Xbox LIVE account records for Mr. Ortega using the home address, phone numbers, and email addresses that I understand his counsel provided for him.  I have reviewed the Declaration of Lead Plaintiff Frank Ortega, which I understand Mr. Ortega filed with Plaintiffs' Response to Microsoft's Motion to Dismiss in *Mendoza v. Microsoft Corporation*, No. C14-00316 MJP [Dkt. 54-8].  In that Declaration, Mr. Ortega states he had a gamertag of "Sebian09."  Microsoft searched for any record of the existence of the gamertag "Sebian09" but found none.  In an abundance of caution, Microsoft also searched for any record of the existence of the gamertag "Sebian 09" but found none.  I also have access to records containing all gamertags created since November 2005, and there is no record of a "Sebian09" or "Sebian 09" gamertag.

SUPP. DECL. OF JASON COON IN SUPPORT OF DEF. MICROSOFT'S
MOTION TO DISMISS UNDER RULE 12(b)(1)
(C14- 00424 MJP) – 2
DWT 24436917v4 0025936-002097

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

3  Executed at Redmond, Washington on July 17TH, 2014.

   _____
   Jason Coon

SUPP. DECL. OF JASON COON IN SUPPORT OF DEF. MICROSOFT'S
MOTION TO DISMISS UNDER RULE 12(b)(1)
(C14- 00424 MJP) – 3
DWT 24436917v3 0025936-002097

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 18th day of July, 2014.

Davis Wright Tremaine LLP
*Attorneys Microsoft Corporation*

By *s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone:  (206) 757-8136
Fax:  (206) 757-7700
E-mail:  fredburnside@dwt.com

SUPP. DECL. OF JASON COON IN SUPPORT OF DEF. MICROSOFT'S MOTION TO DISMISS UNDER RULE 12(b)(1)
(C14- 00424 MJP) – 4
DWT 24436917v4 0025936-002097

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700